# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERMINA LEWIS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EUGENE J. CALDWELL, II,** *et al.*,<br><br>    Defendants. | Case No. 23–cv–02768–ESK–AMD<br><br>OPINION AND ORDER |

Plaintiff Jermina Lewis submitted a complaint pursuant to 42 U.S.C. § 1983 on May 22, 2023 (Complaint). (ECF No. 1.) On November 15, 2024, I appointed Professor David Michael White, Esq. to represent plaintiff pursuant to 28 U.S.C. § 1915. (ECF No. 8.)

Professor White submitted a letter on November 19, 2025 indicating that he had been unable to get in contact with plaintiff. (ECF No. 14.) He states that plaintiff does not appear to be in the country. (*Id.*)

Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept the Court or his appointed counsel informed of his current address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

I will administratively terminate the Complaint due to plaintiff's failure to keep the Clerk's Office informed of his current address. I will also relieve Professor White as counsel.[1]

**IT IS** on this   **20th** day of **November 2025**   **ORDERED** that:

1.   The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

---

[1] I thank Professor White for his willingness to accept the appointment.

2

      2.    Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

      3.    Professor David Michael White, Esq. is relieved as counsel.

      4.    The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

                                        */s/ Edward S. Kiel*
                                        **EDWARD S. KIEL**
                                        **UNITED STATES DISTRICT JUDGE**